# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 20-688 WJ | UNITED STATES vs. MENDOZA | |
| Hearing Date: | 3/2/2020 | Time In and Out: | 10:20-11:40 |
| Courtroom Deputy: | N. Maestas | Digital Recording: | Rio Grande |
| Defendant: | Jose Mendoza, Natalie Mendoza, Ryan Rodriguez, Andrea Rodriguez, Edvardo Carlson | Defendant's Counsel: | Alejandro Fernandez, B.J. Crow, Roger J. Schwarz, Susan M. Porter, Jennifer J. Wernersbach |
| AUSA: | Matthew Nelson and Peter J. Eicker | Pretrial/Probation: | Sandra Day |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Monday, March 23, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered   ☐ Discovery Order previously entered   ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Chief Judge Johnson
- ☒ Trial will be scheduled by presiding judge   ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant Jose Mendoza remanded to custody of United States Marshal's Service
- *Detention Hearing as to Ryan Rodriguez continued to Wednesday, March 4 at 9:30
- ☒ Conditions of release imposed as to Natalie Mendoza, Andrea Rodriguez and Edvardo Carlson

## Other

☒ Government asks that the Court adopt recommendation of USPTS as to Andrea Rodriguez and Edvardo Carlson; Ms. Porter asks that travel restriction be extended to allow travel to Los Alamos as Defendant has a pending case there; Court adopts recommendation and; M. Wernerbach notes Defendant Carlson's mother is not present in the courtroom, and asks that third party release be given to his sister; USPO notes his mother was the only individual vetted and will need to sign; Court will release Edvardo Carlson to Juana Carlson; Mr. Nelson addresses Court regarding detention of Jose Mendoza, Natalie Mendoza and Ryan Rodriguez; Mr. Fernandez argues for release on behalf of Jose Mendoza, requests release to his mother or to the halfway house; Mr. Crow argues for release on behalf of Natalie Mendoza, notes several family members are present in the courtroom; Mr. Schwarz argues for release on behalf of Ryan Rodriguez, asks that this matter be continued to Wednesday; Government does not object to continuance; Mr. Schwarz asks that

| | |
|---|---|
| | Defendant be seen for mental health treatment; Court instructs USMS to indicate to facility that Defendant Rodriguez needs mental health treatment; Mr. Nelson responds; Court orders Jose Mendoza be detained; Court orders release of Natalie Mendoza; Court inquires as to whether the Government will appeal; Mr. Nelson asks that Defendant Natalie Mendoza be released to a third party custodian; USPO notes Belinda Martinez has been vetted and is an appropriate third party custodian; Court confirms with the government that she is acceptable; USPO prefers that Defendant reside in the same residence and believes she should reside at her mother's home; Court orders that Natalie Mendoza be released to third party custody of Belinda Martinez and that she reside at Belinda's home; Court will allow telephone contact between Natalie Mendoza and Jose Martinez regarding family matters and will allow visitation between Jose Mendoza and his children at the facility. |